DANIEL J. BRODERICK, Bar #89424
Federal Defender
CARO MARKS, Bar #159267
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
JAIME VALENCIA ALVAREZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 2:11-cr-00408 MCE |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| JAIME VALENCIA ALVAREZ, ) | |
| ) | Date: March 15, 2012 |
| Defendant. ) | Time: 9:00 a.m. |
| _____ ) | Judge: Hon. Morrison C. England Jr. |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, MICHELE BECKWITH, Assistant United States Attorney, attorney for Plaintiff, and CARO MARKS, attorney for JAIME VALENCIA ALVAREZ, that the status conference hearing date of March 2, 2012 be vacated, and the matter be set for status conference on March 15, 2012 at 9:00 a.m.

   The reason for this continuance is to allow Probation time to prepare the "Alien Pre-Plea Presentence Report", and the government time to prepare and offer the defense a plea agreement. Thereafter, defense counsel needs time to review both documents with the defendant, to determine the course of the case.

1    Based upon the foregoing, the parties agree that the time under
2 the Speedy Trial Act should be excluded from the date of signing of
3 this order through and including March 15, 2012 pursuant to 18 U.S.C.
4 §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
5 T4 based upon continuity of counsel and defense preparation.

DATED:  March 2, 2012.                    Respectfully submitted,

                                          DANIEL J. BRODERICK
                                          Federal Public Defender


                                          /s/ Caro Marks
                                          CARO MARKS
                                          Designated Counsel for Service
                                          Attorney for Jaime Valencia Alvarez


DATED:  March 2, 2012.                    BENJAMIN WAGNER
                                          United States Attorney


                                          /s/ Caro Marks for
                                          MICHELE BECKWITH
                                          Assistant U.S. Attorney
                                          Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the March 2, 2012, status conference hearing be continued to March 15, 2012, at 9:00 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the March 15, 2012 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: March 2, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE